ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIENNE JONES,<br><br>Defendant. | Case No. 1:26-po-00038-SAB<br><br>[Citation #E1835759 CA/86]<br><br>MOTION AND ORDER FOR DISMISSAL AND VACATUR OF TRIAL DATE |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00038-SAB [Citation #E1835759 CA/86] against ADRIENNE JONES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  It is further requested that the trial set for April 10, 2026, be vacated.

DATED: March 25, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:  /s/ *Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

1

U.S. v. Jones
Case No. 1:26-po-00038-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00038-SAB [Citation #E1835759 CA/86] against ADRIENNE JONES, is dismissed, without prejudice, in the interest of justice, and that the trial set for April 10, 2026, be vacated.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Jones
Case No. 1:26-po-00038-SAB